✎ PS 8
(3/15)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Jul 17, 2026
SEAN F. MCAVOY, CLERK

U.S.A. vs. Knierieum, Tiffany Docket No. 0980 1:25CR02142-MKD-2

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Arturo Santana, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Tiffany Knierieum, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom, sitting in the court at Yakima, Washington, on the 22nd day of April 2026, under the following conditions:

**Special Condition #5:** Defendant shall submit to random urinalysis, sweat patch, and Breathalyzer testing as directed by the U.S. Probation/Pretrial Services Office. Defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing that is required as a condition of release.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On March 26, 2026, Ms. Knieriuem reviewed and signed her release conditions, acknowledging an understanding.

**Violation #1:** Ms. Knierieum is considered to be in violation of her pretrial release conditions by failing to submit to urinalysis testing on or about July 9, 2026.

On July 9, 2026, this officer received reports from Camp Hope homeless shelter staff that the defendant had left the shelter with known drug users who were previously kicked out of the facility for drug use. At approximately 2:50 p.m., this officer spoke with Ms. Knierieum on her cellular telephone and instructed her to report back to the shelter and make herself available for urinalysis (UA) testing. Ms. Knierieum stated to be at a local Safeway grocery store and stated that she would go immediately. At approximately 3:30 p.m., U.S. Probation Officer Maria Balles and the undersigned arrived to Camp Hope to conduct UA testing with Ms. Knierieum. We met with Camp Hope staff and we were told that Ms. Knierieum was not at the shelter. At approximately 3:45 p.m., we departed the shelter and Ms. Knierieum did not arrive.

A later review of GPS mapping showed Ms. Knierieum left Safeway at approximately 2:55 p.m. and went to the Yakima Area Arboretum next to the Human Society where, according to Camp Hope staff, known drug users associate. She spent 20 minutes at this location before leaving to a different convenience store and then finally arriving at Camp Hope at approximately 3:50 p.m. Ms. Knierieum failed to make herself available for UA testing.

**Violation #2:** Ms. Knierieum is considered to be in violation of her pretrial release conditions by consuming methamphetamine between on or about July 9 to 14, 2026.

This officer met with Ms. Knierieum at Comprehensive Healthcare's Pathways facility during her intake for inpatient dual-diagnosis treatment. At that time, Ms. Knierieum self-admitted to have been consuming methamphetamine between on or about July 9, 2026, and July 14, 2026.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: July 17, 2026

by s/Arturo Santana

Arturo Santana
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[x] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Alexander C. Ekstrom
Signature of Judicial Officer

July 17, 2026
Date